UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL LOPES,  )
    Plaintiff  )
    )
v.  )  Civil Action No.: 1:12-CV-11433-JCB
    )
KREAM AND KREAM AND DOES 1-10,  )
    Defendants  )

## Stipulation of Dismissal

The Plaintiff, Paul Lopes, and the Defendant, Richard H. Kream, d/b/a Kream and Kream, hereby agree that the present action shall be dismissed with prejudice and without damages or costs to either party.

Plaintiff,
PAUL LOPES,
by her attorney,

_____
Sergei Lemberg, Esq. (BBO# 650671)
LEMBERG & ASSOCIATES LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
(203) 653-2250
slemberg@lemberglaw.com

Defendant,
RICHARD H. KREAM
D/B/A KREAM AND KREAM
by its attorney,

_____
R. Mark Seitsinger, Esquire (BBO# 545635)
Kream and Kream
P.O. Box 890117
Weymouth, MA 02189
(781) 331-9333
mseitsinger@kreamandkream.com

Date: October 8, 2012

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 8, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system (ECF) and that the document is available on ECF.

                                              By:  /s/ Sergei Lemberg
                                                      Sergei Lemberg